No. 25. LIQUID CARBONIC CORP. *v.* UNITED STATES. Appeal from the United States District Court for the Eastern District of New York. Argued October 19–20, 1955. Decided October 24, 1955. *Per Curiam:* The judgment is reversed and the case is remanded for a hearing on modification of the consent decree. *Hughes* v. *United States,* 342 U. S. 353. MR. JUSTICE REED and MR. JUSTICE BURTON dissent. MR. JUSTICE CLARK took no part in the consideration or decision of this case. *James F. Dwyer* argued the cause and filed a brief for appellant. *John F. Davis* argued the cause for the United States. On the brief were *Solicitor General Soboloff, Assistant Attorney General Barnes* and *Daniel M. Friedman.*

No. 29. NUKK ET AL. *v.* SHAUGHNESSY, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. Appeal from the United States District Court for the Southern District of New York. Argued October 19, 1955. Decided October 24, 1955. *Per Curiam:* The Court is of opinion that the complaints do present a case and controversy. *Rochester Telephone Corp.* v. *United States,* 307 U. S. 125. The judgment is reversed and the case is remanded for consideration on the merits. *Gloria Agrin* and *Blanch Freedman* argued the cause and filed a brief for appellants. *Gray Thoron* argued the cause for appellee. With him on the brief were *Solicitor General Soboloff, Assistant Attorney General Olney, Beatrice Rosenberg, J. F. Bishop* and *L. Paul Winings.*